IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| MANUEL GUTIERREZ-BARAJAS | § | Criminal Action No. 4:16-cr-083-O |
| Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| HARDJO ALI, | § | |
| RINI HAN, | § | |
| Petitioners. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 156. The Magistrate Judge recommended that the Motion to Dismiss filed by the United States be granted and the Third Party Petition filed by the Petitioners be dismissed with prejudice. *Id.* The Magistrate Judge mandated that any objections filed by the parties "identify the specific findings or recommendation to which objection is made, state the basis for the objections, and specify the place in the Magistrate Judge's findings, conclusions, and recommendation where the dispute determination is found." *Id.* at 4. The deadline to file objections expired on February 2, 2017. Because no objections were filed, the District Court has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted as the findings of the Court. The Motion to Dismiss

Third Party Petition filed by the United States is hereby **GRANTED** and Petitioners' Third Party Petition is **DISMISSED with prejudice**.

    **SO ORDERED** this 8th day of February, 2017.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**